Argued April 6—decided April 6, 1971

JOHN G. AKIN ET AL. *v.* CITY OF NORWALK ET AL.

The motion by the defendant Flower Estates at Cranbury, Inc., to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*Melvin J. Silverman,* for the appellee (defendant Flower Estates at Cranbury, Inc.).

*Terrence J. Murphy, Jr.,* assistant corporation counsel, for the appellees (defendant city of Norwalk and Common Council).

*Grove W. Stoddard,* for the appellants (plaintiffs).

Argued April 6—decided April 6, 1971